FILED

10/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0383

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Case No. DA 23-0383

| | | |
|---|---|---|
| Samantha Vulles, Sheri Estenson, et al., | ) | |
| | ) | |
| Plaintiffs and Appellants, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER DISMISSING APPEAL** |
| Thies & Talle Management, Inc.; Thies & Talle Enterprises, Inc.; Almanor Investors Limited Partnership; and John Does 1-4, | ) | |
| | ) | |
| | ) | |
| Defendants and Appellees. | ) | |
| | ) | |
| | ) | |

Pursuant to Montana Rule of Appellate Procedure 16(5), and the parties' joint stipulation filed in accordance with Rule 16(5), the above-captioned appeal is hereby dismissed with prejudice and on the merits, with each party to bear its own costs and attorney fees.

DATED this __th day of October, 2023          MONTANA SUPREME COURT

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 31 2023